UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Susan Lentz, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 3:10-cv-10714-DRH

*Virginia Juarez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 3:11-cv-10699-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
        **Deputy Clerk**

Dated: July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 14:15:09 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT